Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Sergeant Michael Pier
Our File No. 91068 ELH

| | |
|---|---|
| CYPRIAN LUKE,<br><br>        Plaintiff,<br><br>v.<br><br>TOWN OF DOVER, NEW JERSEY; SERGEANT MICHAEL PIER; OFFICER ROBERT FENSKE; AND OFFICER ILMI BOJKOVIC,<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY- NEWARK<br>CIVIL ACTION NO.: 21-CV-11233<br><br>Civil Action<br><br>**SUBSTITUTION OF ATTORNEY AND DESIGNATION OF TRIAL COUNSEL** |

The undersigned hereby consents to the substitution of Eric L. Harrison, Esq, of Methfessel & Werbel, Esqs., as attorney for Defendant Sergeant Michael Pier. Superseding counsel is hereby designated as trial counsel. This designation is not expected to result in a delay of trial.

_____
Roman Hirniak, Esq.
King, Moench, Hirniak, Esq.
Withdrawing Attorney

_____
Eric L. Harrison, Esq.
Methfessel & Werbel, PC
Superseding Attorney

Dated: September 29, 2021