# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
ANANDA BURRA
FRANCESCA COCUZZA
EMMA L. FREEMAN
ANDREW K. JONDAHL
SCOUT KATOVICH
NOEL R. LEÓN
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER

June 15, 2022

*Via ECF*

Hon. Michael A. Hammer,
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re: *Luke v. Town of Dover, et al.*, No. 2:21-cv-11233 (JMV) (MAH)

Dear Judge Hammer:

      This firm represents the plaintiff, Cyprian Luke, in the above-referenced matter. On February 10, 2022, the Court issued an Amended Scheduling Order (ECF No. 16), including a June 15, 2022 deadline for the parties to raise any discovery disputes with the Court.

      The parties are currently engaged in good faith settlement discussions as well as the exchange of discovery. Plaintiff respectfully requests a 30-day extension of all deadlines in the Amended Scheduling Order to facilitate the parties' current efforts.

      Counsel for defendants, Roman B. Hirniak, Esq. and Steven K. Parness, Esq., have consented to this request.

                                          Respectfully,

                                          /s/
                                        Vivake Prasad

c. All counsel of record, *via ECF*.