**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Roman B. Hirniak, Esq.
Attorney Id. No. 018221995
KING, MOENCH, HIRNIAK & COLLINS, LLP
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950-1254
973-998-6860
973-998-6863 (facsimile)
rbh@kmhmlawfirm.com
Attorneys for Defendants Town of Dover,
Officer Robert Fenske and Officer Ilmii Bojkovic

| | |
|---|---|
| CYPRIAN LUKE,<br><br>                    Plaintiff,<br><br>          v.<br><br>TOWN OF DOVER, NEW JERSEY, et al.,<br><br>                    Defendants. | Civil Action No. 21-11233 (EP)(MAH)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Peter J. King, Esq. as Superseding Attorney for the Defendants, Town of Dover, Officer Robert Fenske and Officer Ilmii Bojkovic, with Roman B. Hirniak, Esq. withdrawing as counsel.

| | |
|---|---|
| Peter J. King, Esq.<br>King, Moench, Hirniak & Collins, LLP<br>51 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>973-998-6860 | Roman B. Hirniak, Esq.<br>King, Moench, Hirniak & Collins, LLP<br>51 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>973-998-6860 |
| By:   */s/ Peter J. King, Esq.*<br>         Peter J. King, Esq.<br>         As to Superseding Attorney | By:   */s/ Roman B. Hirniak, Esq.*<br>         Roman B. Hirniak, Esq.<br>         As to Withdrawing Attorney |
| Dated:  June 30, 2022 | Dated:  June 30, 2022 |