# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | VASUDHA TALLA<br><br>NAIRUBY L. BECKLES<br>MARISSA BENAVIDES<br>DAVID BERMAN<br>NICK BOURLAND<br>SARA LUZ ESTELA<br>ANDREW K. JONDAHL<br>NOEL R. LEÓN<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

October 20, 2022

*Via ECF*

Hon. Michael A. Hammer
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: *Luke v. Town of Dover, et al.*, No. 2:21-cv-11233 (EP) (MAH)

Your Honor:

  We write to apprise the Court that the parties have reached a settlement in principle. The parties are in the process of negotiating and finalizing their agreement.

  The parties therefore jointly request an adjournment of the settlement conference scheduled for October 28, 2022, as well as the corresponding deadline to submit memoranda in support of their settlement positions on October 21, 2022.

            Respectfully,

             /s/
            Vivake Prasad

            *Attorney for Plaintiff*

 c. All counsel of record.