| | |
|---|---|
| CYPRIAN LUKE,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF DOVER, NEW JERSEY; SERGEANT MICHAEL PIER; OFFICER ROBERT FENSKE; AND OFFICER ILMI BOJKOVIC,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY-NEWARK<br>CIVIL ACTION NO.: 21-CV-11233<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Cyprian Luke hereby dismisses by way of this Stipulation of Dismissal any and all claims raised by him against Defendants Town of Dover, New Jersey; Sergeant Michael Pier, Officer Robert Fenske, and Officer Ilmi Bojkovic, said claims being dismissed with prejudice and without costs or attorney's fees against any party.

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL, LLP
Attorneys for Plaintiff Cyprian Luke

_____
Vivake Prasad, Esq.

THE DWYER LAW FIRM, LLC
Attorneys for Plaintiff Cyprian Luke

_____
Andrew Dwyer, Esq.

SO ORDERED

  s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 1/4/2023

KING MOENCH & COLLINS, LLP
Attorneys for Defendants Town of Dover, New Jersey,
Officer Robert Fenske and Officer Ilmi Bojkovic

_____
Peter J. King, Esq.

METHFESSEL & WERBEL, ESQS.
Attorneys for Defendant
Sergeant Michael Pier

_____
Steven K. Parness, Esq.